Bonnie B. CANTRELL, Plaintiff-
Appellant,

v.

Robert H. FINCH, Secretary of Health,
Education and Welfare, Defendant-
Appellee.

No. 30203

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Dec. 16, 1970.

George C. Longshore, Cooper, Mitch & Crawford, Birmingham, Ala., for plaintiff-appellant.

William D. Ruckelshaus, Asst. Atty. Gen., Wayman G. Sherrer, U. S. Atty., Morton Hollander, Robert M. Feinson, Attys., Dept. of Justice, Washington, D. C., for defendant-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

LOCAL UNION NO. 72, UNITED ASSO-CIATION OF JOURNEYMEN AND APPRENTICES OF the PLUMBING & PIPEFITTING INDUSTRY OF the UNITED STATES AND CANADA, Petitioner, Cross-Respondent,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent, Cross-Petitioner.

No. 29387

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Dec. 14, 1970.

Robert L. Mitchell, Atlanta, Ga., for petitioner, cross-respondent.

Walter C. Phillips, Regional Director, N.L.R.B., Atlanta, Ga., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D.C., Abigail Cooley Baskir, Daniel M. Katz, Attys., N.L.R.B., for respondent, cross-petitioner.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Enforced. See Local Rule 21.[1]

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).